IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TEVIN DARRELL NEIGHBORS,

     Petitioner,

v.                                                                     2:26-CV-113-Z-BR

DIRECTOR, TDCJ-CID,

     Respondent.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the

United States Magistrate Judge to deny the Petition for a Writ of Habeas Corpus filed by the

petitioner in this case for want of jurisdiction. ECF No. 6. No objections to the FCR have been

filed. After making an independent review of the pleadings, files, and records in this case,

the District Judge concludes that the FCR of the Magistrate Judge is correct. It is therefore

**ORDERED** that the FCR of the Magistrate Judge (ECF No. 6) is **ADOPTED**, and the

Petition for a Writ of Habeas Corpus is **DISMISSED without prejudice**.

Considering the record in this case and pursuant to Federal Rule of Appellate

Procedure 22(b), Rule 11(a) of the Rules Governing Section 2254 Cases in the United States

District Courts, and 28 U.S.C. § 2253(c), the Court denies a certificate of appealability

because Petitioner has failed to make "a substantial showing of the denial of a constitutional

right." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Hernandez v. Thaler*, 630 F.3d

420, 424 (5th Cir. 2011). The Court **ADOPTS** and incorporates by reference the Magistrate

Judge's FCR filed in this case in support of its finding that Petitioner has failed to show that

(1) reasonable jurists would find this Court's "assessment of the constitutional claims

debatable or wrong," or (2) reasonable jurists would find "it debatable whether the petition

states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

**SO ORDERED.**

June 17, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2